IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

CANDACE MILLER, an individual, and GEORGE MILLER, an individual, )
)
)
Plaintiff, )
)
vs. ) Case No. 03-CV-393-GKF-FHM
)
SMITHKLINE BEECHAM CORPORATION, d/b/a GLAXOSMITHKLINE, )
)
)
Defendant. )

## JUDGMENT

This action came before the Court on the Motion for Summary Judgment of defendant SmithKline Beecham Corporation doing business as GlaxoSmithKline, and the Court granted the motion following oral argument on February 15, 2008.

IT IS ORDERED that the plaintiff recover nothing, the action be dismissed on the merits, and the defendant recover costs from the plaintiff.

ENTERED this 15th day of February 2008.

Gregory K. Frizzell
United States District Judge
Northern District of Oklahoma