IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA
(TULSA DIVISION)

| | | |
|---|---|---|
| CANDACE MILLER and | § | |
| GEORGE MILLER, | § | |
| Plaintiffs, | § | |
| | § | |
| vs. | § | CASE #: 4:03-cv-00393-GKF-SAJ |
| | § | |
| GLAXOSMITHKLINE, | § | |
| Defendant. | § | |

## PLAINTIFFS' NOTICE OF APPEAL

Pursuant to Rule 3, Fed. R. App. P., Plaintiffs Candace Miller and George Miller hereby serve notice of their intent to appeal the Order Granting Defendant's Motion for Summary Judgment (Doc. 247) and the Judgment (Doc. 248) both signed on February 15, 2008, in accordance therewith, to the United States Court of Appeal for the 10th Circuit.

Respectfully submitted,

VICKERY, WALDNER & MALLIA, LLP

_/s/ Arnold Anderson (Andy) Vickery_
Arnold Anderson (Andy) Vickery
Texas State Bar No. 20571800
One Riverway Drive, Suite 1150
Houston, TX 77056-1920
Telephone: 713-526-1100
Facsimile: 713-523-5939
Email: andy@justiceseekers.com

Certificate of Service

I certify that on this 13th day of March, 2008, the foregoing pleading has been electronically filed with the Clerk using the CM/ECF system, which will automatically send email notifications of such filing to the following attorneys of record:

Chilton Davis Varner, Esq.
Andrew T. Bayman, Esq.
S. Samuel Griffin, Esq.
Eric M. Wachter, Esq.
Todd P. Davis, Esq.
KING & SPALDING, LLP
1180 Peachtree Street
Atlanta, GA  30309

Mark S. Brown, Esq.
KING & SPALDING, LLP
1700 Pennsylvania Ave. NW, Suite 200
Washington, DC  20006-4706

Robert H. Alexander, Jr., Esq.
John J. Love, Esq.
LAW OFFICE OF ROBERT H. ALEXANDER, JR.
P. O. Box 868
Oklahoma City, OK  73101-0868

Robert E. Glanville, Esq.
Tamar P. Halpern, Esq.
Cindy K. Bennes, Esq.
Martha M. Harris, Esq.
PHILLIPS LYTLE, LLP
3400 HSBC Center
Buffalo, NY  14203

Gary L. Richardson, Esq.
RICHARDSON LAW FIRM, PC
6450 South Lewis Ave., Suite 300
Tulsa, OK  74136

/s/ Arnold Anderson (Andy) Vickery
Arnold Anderson (Andy) Vickery