IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

CANDACE MILLER and      §
GEORGE MILLER,      §
         Plaintiffs,      §
               §
vs.                §      Case No. 03-cv-393-GKF-TLW
               §
GLAXOSMITHKLINE,      §
         Defendant.      §

## PLAINTIFFS' MOTION TO APPROVE SETTLEMENT

At the suggestion of Defendant GlaxoSmithKline, Plaintiffs Candace and George Miller hereby move this Court to approve their settlement of claims against GSK in this case. The reasons for the request will be explained by counsel at the hearing currently scheduled at 11 a.m. on Tuesday, October 12, 2010.

## Certificate of Conference and Notice of Hearing

The undersigned has conferred with counsel for GSK who has no opposition whatsoever to this Motion. This Motion will be brought on for hearing by the Court at 11 a.m. on Tuesday, October 12, 2010. Counsel anticipate having an Agreed Order available at the hearing.

WHEREFORE, Plaintiffs respectfully request that the Court conduct a hearing and, at the conclusion thereof, approve the settlement of this case.

DATED this 11th day of October, 2010.

Respectfully submitted,

VICKERY, WALDNER & MALLIA, LLP

*/s/ Arnold Anderson (Andy) Vickery*
Arnold Anderson (Andy) Vickery
Texas State Bar No. 20571800
One Riverway Drive, Suite 1150
Houston, TX  77056-1920
Telephone: 713-526-1100
Facsimile: 713-523-5939
Email: andy@justiceseekers.com


Certificate of Service

I certify that on this 11th day of October, 2010, the foregoing pleading has been electronically filed with the Clerk using the CM/ECF system, which will automatically send email notifications of such filing to the following attorneys of record:

Chilton Davis Varner, Esq.
Andrew T. Bayman, Esq.
S. Samuel Griffin, Esq.
Eric M. Wachter, Esq.
Todd P. Davis, Esq.
KING & SPALDING, LLP
1180 Peachtree Street
Atlanta, GA  30309

Mark S. Brown, Esq.
KING & SPALDING, LLP
1700 Pennsylvania Ave. NW, Suite 200
Washington, DC  20006-4706

Robert H. Alexander, Jr., Esq.
John J. Love, Esq.
LAW OFFICE OF ROBERT H. ALEXANDER, JR.
P. O. Box 868
Oklahoma City, OK  73101-0868

Robert E. Glanville, Esq.
Tamar P. Halpern, Esq.
Cindy K. Bennes, Esq.
Martha M. Harris, Esq.
PHILLIPS LYTLE, LLP
3400 HSBC Center
Buffalo, NY  14203

Gary L. Richardson, Esq.
RICHARDSON LAW FIRM, PC
6450 South Lewis Ave., Suite 300
Tulsa, OK  74136

*/s/ Arnold Anderson (Andy) Vickery*
Arnold Anderson (Andy) Vickery