IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CANDACE MILLER and GEORGE MILLER, <br><br> Plaintiffs, <br><br> v. <br><br> GLAXOSMITHKLINE, <br><br> Defendant. | ) ) ) ) ) )  CASE NO. 03-CV-393-GKF-TLW ) ) ) ) ) ) ) |

## ORDER

This matter came on for hearing before the undersigned United States District Judge on the 12th day of October, 2010, on Plaintiffs' Motion to Approve Settlement (Dkt. No. 292). Plaintiffs Candace Miller and George Miller appeared in person, and through their attorney Andy Vickery. Defendant appeared through its attorney, John J. Love.

The Court heard the argument and presentations of the parties, through their attorneys, and in addition, discussed the issues raised by the Motion with Candace Miller and George Miller. After personally discussing these matters with Candace Miller and reviewing the parties' positions, the Court has concluded that Plaintiff Candace Miller is legally competent, is able to understand her legal rights and responsibilities, and can enter into legally-binding agreements. Thus, Candace Miller may execute all documents necessary in order to settle the claims asserted in this action, and to enter into a settlement agreement which will release Defendant from all claims which she asserted or could have asserted in this action. Accordingly, there is no reason for this Court to approve the

settlement which the parties have reached. Therefore, Plaintiff's Motion to Approve Settlement is stricken as moot.

IT IS SO ORDERED this 12th day of October, 2010.

_____
GREGORY K. FRIZZELL
UNITED STATES DISTRICT JUDGE