IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA
(TULSA DIVISION)

| | | |
|---|---|---|
| CANDACE MILLER and | § | |
| GEORGE MILLER, | § | |
| Plaintiffs, | § | |
| | § | |
| vs. | § | CASE #: 4:03-cv-00393-GKF-TLW |
| | § | |
| GLAXOSMITHKLINE, | § | |
| Defendant. | § | |

## **DISTRIBUTION ORDER #1**

Upon the Motion of Plaintiffs, and with the agreement of Defendant GlaxoSmithKline, the Court hereby ORDERS and directs the Trustee of the Vickery-GSK Settlement Fund II to distribute all settlement funds in the amounts set forth on the Sealed Exhibits A-E, attached hereto and filed under seal by Order of the Court, for the following claims to the IOLTA trust account of Plaintiff's counsel, Mr. Vickery, at Encore Bank in Houston, Texas:

A. *Balas v. GlaxoSmithKline*

B. *Hornisher v. GlaxoSmithKline*

C. *Kubecka v. GlaxoSmithKline*; and

D. *Torgerson v. GlaxoSmithKline.*

Counsel shall disburse all funds as are appropriate for fees, expenses, and the client's net settlements, from his trust account in accordance with the client's fee arrangements with his firm and with the client's Settlement Statement. By operation

-2-

of law, GSK is hereby released from all liability with regard to the above-referenced claims.

The settlement funds remaining in the QSF account are for the *Miller, Gruder* and *Orr* cases. They shall be held by the Trustee until further Order of the Court.

IT IS SO ORDERED this 12th day of October, 2010.

Gregory K. Frizzell
United States District Judge