**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| CANDACE MILLER and GEORGE MILLER, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> GLAXOSMITHKLINE, ) <br> ) <br> Defendant. ) | Case No. 03-CV-393-GKF-TLW |

**O R D E R**

This matter comes before the Court following settlement between the parties and release of all claims by the plaintiff. (*See* Dkt. #295). Pursuant to this Court's authority under Fed. R. Civ. P. 41, all claims against GlaxoSmithKline are dismissed. The Court retains jurisdiction over the Vickery-GSK Settlement Fund II until the fund is terminated.

IT IS SO ORDERED this 13th day of October, 2010.

Gregory K. Frizzell
United States District Judge
Northern District of Oklahoma