## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CANDACE MILLER and ) <br> GEORGE MILLER, ) <br>       Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> GLAXOSMITHKLINE, ) <br>       Defendant. ) | CASE No. 03-CV-00393-GKF |

## AGREED DISTRIBUTION ORDER #2

Upon the Motion of Plaintiffs, and with the agreement of Defendant GlaxoSmithKline ("GSK"), the Court hereby ORDERS and directs the Trustee of the Vickery-GSK Settlement Fund II to distribute all settlement funds in the amounts set forth on the Sealed Exhibits E-G, attached hereto and filed under seal by Order of the Court, for the following claims to the IOLTA trust account of Plaintiff's counsel, Mr. Vickery, at Encore Bank in Houston, Texas:

    E.    *Gruder v. GlaxoSmithKline;*

    F.    *Miller v. GlaxoSmithKline;* and

    G.    *Orr v. GlaxoSmithKline.*

Counsel shall disburse all funds as are appropriate for fees, expenses, and the client's net settlements, from his trust account in accordance with the client's fee arrangements with his firm and with the client's Settlement Statement. By operation

of law, GSK is hereby released from all liability with regard to the above-referenced claims.

This distribution will disburse all funds from the Vickery-GSK Qualified Settlement Fund II. Accordingly, the Court's jurisdiction over this Fund is now completed and counsel are directed to submit a proposed Final Judgment to the Court within 30 days of this Order.

IT IS SO ORDERED this 24th day of November, 2010.

Gregory K. Frizzell
United States District Judge
Northern District of Oklahoma